IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 21 2025
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR13 |
| vs. | INDICTMENT |
| BRITAIN SNYDER, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about October 26, 2024, in the District of Nebraska, the defendant, BRITAIN SNYDER, did then and there forcibly assault and intimidate Victim 1, a federally funded Omaha Nation Law Enforcement Services Police Officer, while Victim 1 was engaged in the performance of her official duties, such assault resulting in bodily injury to Victim 1.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT, NE # 24562
Assistant U.S. Attorney